UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

- against -                                    **ORDER**

                                               09 Cr. 58 (NRB)

BRYANT RODRIGUEZ,

                Defendant.
------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** this Court sentenced the defendant to a term of imprisonment of 108 months and 36 months of supervised release on September 23, 2010, and

**WHEREAS** violation of supervised release proceedings were commenced following the defendant's arrest on charges of wire fraud, and

**WHEREAS** defendant was subsequently indicted in this District on parallel charges, plead guilty and was sentenced to twenty four months and three years of supervised release by Judge Sullivan, and

**WHEREAS** by letter, dated January 31, 2020 (ECF No. 54) the United States Attorney's Office requests that this Court dismiss all outstanding violations of supervised release and terminate supervision in this case, and the Court having duly considered the application, it is hereby

**ORDERED** that all the outstanding violations of supervised release in this case are dismissed and the term of supervised release imposed by this Court on defendant, Bryant Rodriguez, is terminated.

Dated:   New York, New York
         February 5, 2020

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE